

**MM**
Miedel & Mysliwiec LLP

November 13, 2019

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:    *United States v. Luis Vilella*
                         19-CR-789 (PGG)

Dear Judge Gardephe:

     Luis Vilella, one of the defendants in this multi-defendant case, was arraigned last week before Magistrate Judge Gorenstein. He was released on bond. The Court has scheduled an initial status conference for Friday, November 15, 2019, a date when I will be in San Diego attending a death penalty conference. Lisa Scolari, who represents a co-defendant, who was arraigned at the same time as Mr. Vilella, has agreed to stand in for me at the status conference, subject to the Court's approval. I also discussed the matter with Mr. Vilella, and he is aware that Ms. Scolari will be available to stand in for me. I therefore respectfully request permission for Ms. Scolari to appear in my place at the November 15 status conference.

     On behalf of Mr. Vilella, I consent to an exclusion of time between November 15 and the next status conference to allow me to review discovery and to engage in possible plea negotiations.

                                                 Respectfully Submitted,

                                                 /s/

                                                 Florian Miedel
                                                 *Attorney for Luis Vilella*

Cc:    AUSA Mathew Andrews

                                              **MEMO ENDORSED**

                                              **The Application is granted.**

                                              **SO ORDERED:**

                                              _____
                                              Paul G. Gardephe, U.S.D.J.

                                              Dated: Nov 13, 2019

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com