

**Miedel & Mysliwiec LLP**

January 2, 2020

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                RE:    **United States v. Luis Vilella**
                          **19-Cr-789**

Dear Judge Gardephe:

    Mr. Vilella was arraigned on November 7, 2019, and was released on a $50,000 personal recognizance bond signed by two financially responsible people. Mr. Vilella's travel was also limited to SDNY/EDNY, among other conditions. Since then, Mr. Vilella has been compliant with his pretrial release conditions.

    I write today to request a modification of Mr. Vilella's bail conditions to allow him to move in with his mother, who resides in Newark, New Jersey. Mr. Vilella's mother is one of the financially responsible people on his bond and this move is at the suggestion of Pretrial Services, who recommended Mr. Vilella move in with one of his parents. Mr. Vilella will, of course, continue to comply with all other bail conditions.

    Accordingly, I respectfully request the conditions of Mr. Vilella's bail be modified to allow him to travel within SDNY, EDNY, and New Jersey. Notably, the government consents to this request

    Thank you for your consideration.

                                      Sincerely,

                                      /s/

                                      Florian Miedel
                                      *Counsel for Luis Vilella*

Cc:   AUSA Louis Pellegrino
        AUSA Matthew Andrews
        Pretrial Services (email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: Jan. 2, 2020