
**MM**
Miedel & Mysliwiec LLP

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_Paul G. Gardephe_

Paul G. Gardephe, U.S.D.J.

Dated:  July 13, 2021

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**  *United States v. Luis Vilella*
          **19-CR-789 (PGG)**

Dear Judge Gardephe:

   Mr. Vilella was arraigned on November 7, 2019, and was released on a $50,000 personal recognizance bond signed by two financially responsible people. Mr. Vilella's travel was also limited to SDNY/EDNY, among other conditions. Since then, Mr. Vilella's travel limitations have been expanded to include the state of New Jersey.

   I write today, with the consent of Pretrial Services and the government, to request a temporary modification of Mr. Vilella's bail conditions to allow him to travel by car to Ohio between approximately August 9-17 to perform at a musical venue outside of Cincinnati on August 13, 2021.  If approved, Mr. Vilella will keep Pretrial Services abreast of his itinerary.

   Thank you for your consideration.

         Sincerely,

          /s/

         Florian Miedel
         *Counsel for Luis Vilella*

Cc:  AUSA Louis Pellegrino
   AUSA Matthew Andrews
   Pretrial Services (email)