UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

     - v. -

LUIS VILELLA,

               Defendants.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The plea hearing currently scheduled on November 19, 2021 at 2:30 p.m. as to Defendant Luis Vilella will now take place on **November 23, 2021 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         November 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge