

December 8, 2021

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Luis Vilella*
19-CR-789 (PGG)

Dear Judge Gardephe:

    Mr. Vilella was arraigned on November 7, 2019, and was released on a $50,000 personal recognizance bond signed by two financially responsible people. Mr. Vilella's travel was also limited to SDNY/EDNY, among other conditions. Since then, Mr. Vilella's travel limitations have been expanded to include the state of New Jersey.

    I write today, with the consent of Pretrial Services and the government, to request a temporary modification of Mr. Vilella's bail conditions to allow him to travel to Bridgeport, CT, on Saturday, December 11, to attend a Christmas celebration with his young daughter. If approved, Mr. Vilella will keep Pretrial Services abreast of his itinerary.

    Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Luis Vilella*

Cc: AUSA Louis Pellegrino
AUSA Matthew Andrews
Pretrial Services (email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: December 10, 2021

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com