```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   1:19-cr-00789-PGG-7
     -against-                        :   ORDER
                                      :
Luis Vilella                          :
                                      :
Defendant                             :
                                      :
-------------------------------------X
```

Paul G. Gardephe, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition of Mental Health Evaluation and Treatment as directed by Pretrial Services.

Dated: September 1, 2022
New York, New York

                                          SO ORDERED:

                                          _____
                                          Paul G. Gardephe
                                          United States District Judge