MM
Miedel & Mysliwiec LLP

September 7, 2022

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***United States v. Luis Vilella***
**19-CR-789 (PGG)**

Dear Judge Gardephe:

Mr. Vilella was arraigned on November 7, 2019, and was released on a $50,000 personal recognizance bond signed by two financially responsible people. Mr. Vilella's travel was also limited to SDNY/EDNY, among other conditions. Since then, Mr. Vilella's travel limitations have been expanded to include the state of New Jersey.

I write today, with the consent of Pretrial Services and the government, to request a temporary modification of Mr. Vilella's bail conditions to allow him to travel to Kansas City, MO for approximately two weeks to visit his twelve year old son, who lives there with his mother. If approved, Mr. Vilella will keep Pretrial Services abreast of his itinerary.

Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Luis Vilella*

Cc: AUSA Louis Pellegrino
AUSA Matthew Andrews
Pretrial Services (email)

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

Paul G. Gardephe

**Paul G. Gardephe, U.S.D.J.**
**Dated: September 8, 2022**