

**Miedel & Mysliwiec LLP**

February 2, 2023

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:    ***United States v. Luis Vilella***
                         19-CR-789 (PGG)

Dear Judge Gardephe:

      Mr. Vilella was arraigned on November 7, 2019, and was released on a $50,000 personal recognizance bond signed by two financially responsible people. Mr. Vilella's travel was also limited to SDNY/EDNY, among other conditions. Since then, Mr. Vilella's travel limitations have been expanded to include the state of New Jersey. Over the last three years, Mr. Vilella has studiously abided by the conditions of his pretrial release.

      I write today, with the consent of Pretrial Services and the government, to request a temporary modification of Mr. Vilella's bail conditions to allow him to travel to Cincinnati, Ohio, and Covington, Kentucky, from February 23rd to February 28th. Mr. Vilella is a musician and will be performing at a venue in Covington. If approved, Mr. Vilella will keep Pretrial Services abreast of his itinerary.

      Thank you for your consideration.

Cc:    AUSA Louis Pellegrino
       AUSA Matthew Andrews
       Pretrial Services (email)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: February 9, 2023

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com