

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 3, 2025

**VIA ECF**

February 27, 2025

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    ***United States v. Luis Vilella***
                   **19-CR-789 (PGG)**

Dear Judge Gardephe:

      Mr. Vilella was arraigned on November 7, 2019, and was released on a $50,000 personal recognizance bond signed by two financially responsible people. Mr. Vilella's travel is limited to SDNY/EDNY and the district of New Jersey. Over the last five-plus years, Mr. Vilella has studiously abided by the conditions of his pretrial release. During that time, the Court has approved several requests for travel elsewhere in the country.

      I write today, with the consent of Pretrial Services and the government, to request a modification of Mr. Vilella's bail conditions to allow him to travel freely within the continental United States with prior notification to Pretrial Services. Mr. Vilella is a musician who is periodically asked to perform in places around the country, and given his track record over the last five years, travel restrictions no longer appear to be necessary to ensure Mr. Vilella's return to court.

      As noted, both Pretrial Services and the government consent to this request. If the Court approves the modification, Mr. Vilella will notify Pretrial Services of any travel itinerary in advance.

      Thank you for your consideration.

                  Sincerely,

                  /s/

                  Florian Miedel
                  *Counsel for Luis Vilella*

Cc:    AUSA Matthew Andrews
       Pretrial Services (email)

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com