UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>LUIS VILELLA,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **November 13, 2025, at 3:00 p.m.** Any submissions on behalf of the Defendant are due on **October 30, 2025**, and the Government's sentencing submission is due on **November 6, 2025, 2025**.

Dated:  New York, New York
         July 11, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge